No. 95-4240

Greta K. Postma,                    *
                                    *
            Appellant,              *
                                    *
      v.                            *
                                    *
The City of Orange City, IA; Don *
Schreur; Robert Dunlop; Art         *
Hielkema; Lee Woudstra; Phil        *
Bach; Daryl Beltman; Paul           *
Muyskens; Loren Veldhuizen; Paul *
Van Engelenhoven; Dan White;        *
Century 21 Foundation; Orange       *
City Development Corporation;        *
Fran Nieman; Sioux County State     *
Bank; Frank De Vries; Lloyd Kepp;*
Marv Vogel; Ronald Bouma; Dan       *
Kraai; Lyle Fogelman; Alan          *
Donldson; Agricultural              *   Appeal from the United States
Stabilization Conservation          *   District Court for the
Service; Department of              *   Northern District of Iowa.
Agriculture; Rod Jiskoot; Mary      *
Lou Vander Wel; Betsy Huibregtse;*       [Unpublished]
John Buntsma; Robert Visser;        *
Clayton Korver, Jr.; Larry          *
Leslie; Robert Hulstein; Steve      *
Schmidt; Jim Plagge; Northwestern*
State Bank; Robert Hagey; Mark      *
Schouten; Hubert Schuller; Sioux *
County; Robert Furleigh; The        *
Capital-Democrat; Pluim             *
Publishing; The Department of       *
Natural Resources, of the State     *
of IA; Bernard L. Smith; Loren      *
Bouma; Vern Beernink; William       *
Vander Maten; Gordon Abels; Dan     *
De Vries,                           *
                                    *
            Appellees.              *

_____

Submitted:  July 19, 1996

Filed:  August 1, 1996

_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Greta K. Postma appeals the district court's[1] denial of her Federal Rule of Civil Procedure 60(b) motion for relief from the court's earlier judgment dismissing her action against defendants for failing to comply with a court order.  Having carefully reviewed the record and the parties' briefs, we conclude the judgment of the district court was correct. Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The HONORABLE MARK W. BENNETT, United States District Judge for the Northern District of Iowa.